No. 02–1654. VETERINARY SURGICAL CONSULTANTS, P. C. v. COMMISSIONER OF INTERNAL REVENUE; and

No. 02–1682. YEAGLE DRYWALL CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.